509 A.2d 1255

**In re Nomination Petition of Mitchell W. MELTON.**

**Appeal of Mitchell W. MELTON.**

Supreme Court of Pennsylvania.

Argued May 13, 1986.

Decided May 16, 1986.

Mitchell W. Melton, pro se.

Michael J. McAllister, Philadelphia, William R. Davis, Secretary, Dept. of State, Harrisburg, for appellee Frank L. Oliver.

## ORDER

PER CURIAM:

Order affirmed.

Mr. Chief Justice Nix did not participate in the consideration or decision of this case.

## JUDGMENT

ON CONSIDERATION WHEREOF, it is now hereby ordered and adjudged by this Court that the Order of the Commonwealth Court is affirmed.